IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02457-RPM

CHRISTOPHER TODD CHRISTNER,

        Plaintiff,

v.

UNION PACIFIC RAILROAD,

        Defendant.

---

ORDER DENYING PLAINTIFF'S RULE 56(f) MOTION AND MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT.

---

On October 13, 2005, the defendant filed a motion for summary judgment. On November 4, 2005, the plaintiff filed a motion to permit discovery and extend time to respond to the motion for summary judgment, pursuant to F.R.Civ.P. 56(f) together with a motion for leave to file amended complaint. It is

ORDERED that the plaintiff's motions recited above are denied and it is

FURTHER ORDERED that the plaintiff will respond to the defendant's motion for summary judgment on or before November 21, 2005.

Dated: November 7th, 2005

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge