IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02457-RPM

CHRISTOPHER TODD CHRISTNER,

        Plaintiff,

v.

UNION PACIFIC RAILROAD,

        Defendant.

ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER

        Upon consideration of Plaintiff's Motion to Reconsider or, in the Alternative, for Clarification, filed on November 21, 2005, it is

        ORDERED that the motion is denied and it is

        FURTHER ORDERED that defendant's motion for summary judgment is scheduled for hearing commencing at **2:00 p.m. on January 4, 2006,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

        Dated: November 22nd , 2005

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge