IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02457-RPM

CHRISTOPHER TODD CHRISTNER,

      Plaintiff,

v.

UNION PACIFIC RAILROAD,

      Defendant.

## ORDER SETTING PRETRIAL CONFERENCE

Pursuant to the scheduling conference convened on March 22, 2006, it is

ORDERED that a pretrial conference is scheduled for **September 8, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G).   In addition, the proposed Final Pretrial Order shall be submitted by **August 31, 2006,** via E-mail to **Matsch_Chambers@cod.uscourts.gov**

    Dated: March 22nd , 2006

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge