IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02457-RPM

CHRISTOPHER TODD CHRISTNER,

       Plaintiff,

v.

UNION PACIFIC RAILROAD,

       Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #61), filed on November 11, 2006, it is

ORDERED that this case is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated: November 13th , 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge